

# Fourth Court of Appeals
## San Antonio, Texas

May 20, 2021

No. 04-21-00169-CV

**IN THE INTEREST OF I.I.T., J.J.T., AND R.A.T., III, CHILDREN,**

From the 150th Judicial District Court, Bexar County, Texas
Trial Court No. 2020PA00154
Honorable Susan D. Reed, Judge Presiding

## O R D E R

This is an accelerated appeal. The reporter's record was due on May 6, 2021. TEX. R. APP. P. 35.1(b) (reporter's record in an accelerated appeal to be filed within 10 days after the notice of appeal is filed). The court reporter filed a notice of late record and the deadline was extended to May 17, 2021. TEX. R. APP. P. 35.3(c) (ten-day extension allowed in accelerated appeals). To date, the reporter's record has not been filed. We therefore ORDER the court reporter to file the reporter's record *on or before June 1, 2021*. If the reporter's record is not received by such date, an order may be issued directing the court reporter, Maria Fattahi, to appear and show cause why she should not be held in contempt for failing to file the record. No motions for extension of time will be granted absent extenuating circumstances. *See id.* 35.3(c) (noting that the trial and appellate courts are jointly responsible for ensuring that the appellate record is timely filed and that the appellate court may not grant more than a ten-day extension to file the appellate record).

_____
Liza A. Rodriguez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 20th day of May, 2021.

_____
MICHAEL A. CRUZ, Clerk of Court